# B1 (Official Form 1) (04/13)

**25 40142**

## UNITED STATES BANKRUPTCY COURT

### VOLUNTARY PETITION

| | |
|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle): Roszina Jones | **Name of Joint Debtor** (Spouse) (Last, First, Middle): Jewell E Williams, III Estate |
| **All Other Names used by the Debtor in the last 8 years** (include married, maiden, and trade names): Mrs. Jewell E. Williams III et ux, dubabe's Heating and Cooling, LLC, Rozina Rhonda Jones Williams | **All Other Names used by the Joint Debtor in the last 8 years** (include married, maiden, and trade names): Jewell E Williams, III et ux, Jay Williams, Jewell E Roxine Williams, Suite the Blight Consult |
| **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all): 9696-3168-9499 | **Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN** (if more than one, state all): 6499-2282-3503 |
| **Street Address of Debtor** (No. and Street, City, and State): 12020 Landa Ave Saint Louis, Missouri ZIP CODE 63138 | **Street Address of Joint Debtor** (No. and Street, City, and State): 12225 Rollingford Blackjack Missouri 63033 ZIP CODE 63033 |
| **County of Residence or of the Principal Place of Business:** St. Louis | **County of Residence or of the Principal Place of Business:** Jefferson Cole County |
| **Mailing Address of Debtor** (if different from street address): P.O Box 1555 St. Louis, MO ZIP CODE 63188 | **Mailing Address of Joint Debtor** (if different from street address): 131 W High Street #1409 Jefferson City MO 65102 ZIP CODE |
| **Location of Principal Assets of Business Debtor** (if different from street address above): 13160 Foster Suite 160 Overland Park KS ZIP CODE | |

### Type of Debtor (Form of Organization) (Check one box.)
- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity (Check box, if applicable.)
- [x] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

### Filing Fee (Check one box.)
- [ ] Full Filing Fee attached.
- [x] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [x] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [x] A plan is being filed with this petition.
- [x] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

MAR 19 2025

CLERK U.S. COURT OF BANKRUPTCY

By _____ Deputy

### Estimated Number of Creditors
| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

### Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [x] More than $1 billion |

### Estimated Liabilities
| [x] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): JEWELL E. WILLIAMS, III, ESTATE |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: EASTERN DISTRICT COURT MO | Case Number: 24-43753 | Date Filed: 10-16-2024 |
|---|---|---|
| Location Where Filed: EASTERN DISTRICT of MISSOURI | Case Number: 10- | Date Filed: 2010 |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: Involuntary Bank, Jewell E Williams, etul | Case Number: 25-20161 | Date Filed: 2-12-2025 |
|---|---|---|
| District: Kansas | Relationship: PARTNER | Judge: Burger |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
Signature of Attorney for Debtor(s)    (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☑ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

SouthLaw, P.C.
(Name of landlord that obtained judgment)

13160 Foster Suite 100 Overland Park KS 66ee
(Address of landlord)

☑ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☑ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s): Roszina Jones |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Roszina Jones
Signature of Debtor

X /s/ Mrs. Rozina Jones Williams, et ui
Signature of Joint Debtor
(314) 857-0307
Telephone Number (if not represented by attorney)
February 26 A.D. 2025
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☑ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X /s/ Nzinga Begum
(Signature of Foreign Representative)

Livity Village
(Printed Name of Foreign Representative)

2-26-2025
Date

### Signature of Attorney*

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Rhonda Williams
Printed Name and title, if any, of Bankruptcy Petition Preparer

3168
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

3117-3129 N. Grand Blvd St. Louis 63107
Address

X /s/ Rhonda Williams
Signature

February 2-26-2025
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Kimani Muthoka
Signature of Authorized Individual
Juhabe's Heating & Cooling, LLC
Printed Name of Authorized Individual
President - VICE
Title of Authorized Individual
2-26-2025
Date

Fill in this information to identify your case:

Debtor 1 __Roszina Jones__
        First Name   Middle Name   Last Name

Debtor 2 ~~Mrs.~~ Jewell Edward Williams III, estate
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of __Kansas__

Case number
(If known) _____

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Roszina Jones      X /s/ Mrs Jewell E. Williams, III, et vi
Signature of Debtor 1      Signature of Debtor 2

Date 2/26/2025      Date 2/26/2025
  MM / DD / YYYY         MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
~~EASTERN DISTRICT OF MISSOURI~~ Kansas
_____ DIVISION

In re:

Roszina Jones  )  Case No. ___-_____-___
                )
Jewell E. Williams, III, Estate )  Chapter 11
                )
    Debtor(s).  )
                )

**Verification of Creditor Matrix**

The above named debtor(s) hereby certifies/certify under penalty of perjury that the attached list containing the names and addresses of my creditors (Matrix), consisting of __2__ page(s) and is true, correct and complete.

/s/ Roszina Jones, et vi
Debtor Signature

/s/ Mrs. Roszina Jones Williams, et vi
Joint Debtor Signature (If applicable)

Dated: 2-26-2025

L.F. 2 – 2/2021

SouthLaw,P.C
13160 FOSTER,SUITE 100
Overland PARK,KS 66213


Nieoff,Peterson&Cortez,LLC
818 Lafeyette
Saint Louis,Misouri 63110


U.S.Bank,N.A.
4801 Frederica Street
Owensboro,KY 42301


U.S.Bank Home Mortgage
1550 American Blvd East,Suite 440
Bloomington,MN 55425


U.S. Bank National Association
The United States Of America
4801 Fredrica Street
Owensboro,KY 42301


South & Associates-Allen South
4600 Madison,Suite 801
Kansas City,MO 64112


Missouri State Public Defenders Office
100 Central ave
Clayton,Missouri 63105


Andrew Bailey
Missouri Attorney General
USA


Healthlink
USA

Rosaina Jones
c/o Jewell E Williams, W Estate
131 W High Street #1409
Jefferson City, MO 65102

Frank Carlson Federal Building
444 SE Quincy, Rm 248
Topeka, KS 66683

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

9589 0710 5270 1801 1521 99

U.S. POSTAGE PAID
FCM LETTER
SAINT LOUIS, MO 63138
MAR 05, 2025
$10.24
S2324A500226-22

RECEIVED
MAR 19 2025
TOPEKA
CLERK
U.S. COURT OF BANKRUPTCY
By_____ Deputy

